

**NUMBER 13-14-00606-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CRISTINA CASTAÑEDA**  **Appellant,**

**v.**

**DANNETTE ZUNIGA,**  **Appellee.**

---

**On appeal from County Court at Law No. 2
of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes
Order Per Curiam**

This matter is before the Court on appellant's brief. After due consideration of the pleadings on file in this matter, the Court has determined that additional briefing is necessary. Accordingly, the Court hereby requests supplemental briefing from appellant, Cristina Castañeda, on all three issues presented in her brief. *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever terms

the court may prescribe."); *see also id.* R. 38.1(i) ("The brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record."). Appellant's supplemental brief shall be filed within fifteen days from the date of this order, and appellee's supplemental brief, if any, shall be filed within fifteen days thereafter.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of August, 2015.